THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY WAYNE MATTHEWS, Also Known as ANTHONY WAYNE HENDERSON, Appellant.—

1050

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.